West Winsted Savings Bank and Building Association *v.* Rice.

WEST WINSTED SAVINGS BANK AND BUILDING ASSOCIATION *vs.* BENJAMIN F. RICE.

ELLSWORTH, J. This case does not differ in any thing material from the case of the same petitioners against Ford, decided at the present term of this court. For our reasons advising that the petitioners are entitled to a decree to have the deed perfected, and a foreclosure for their debt, interest and bonus, we refer to that case.

*Hall* and *Hitchcock*, for the petitioners.

*Hubbard* and *Goodwin*, for the respondent.